GEORGE A. WILSON, as Administrator of the Estate of CLARIBEL WILSON, Deceased, Respondent, *v.* ADELBERT J. GRIFFIN, Appellant.

(Submitted April 29, 1935; decided May 3, 1935.)

*Walter A. Fullerton* for motion.

*John T. DeGraff* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

ALBERT E. BROWN, Respondent, *v.* STEAMSHIP TERMINAL OPERATING CORPORATION et al., Appellants.

(Submitted April 29, 1935; decided May 3, 1935.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 83.)